**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Glimpse LLC

Plaintiff,

v.

Case No.: 1:26−cv−08723
Honorable Georgia N. Alexakis

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants Plaintiff's ex parte motion for entry of a temporary restraining order, namely, a temporary injunction and expedited discovery [11]. Plaintiff has not sought, nor does the Court grant, a request for any asset freeze. The Court vacates the 8/31/2026 presentment hearing. Based on Plaintiff's written submissions, the Court finds that Plaintiff has established (1) a likelihood of success on the merits; (2) the harm to Plaintiff is irreparable and cannot be fully compensated by money damages; (3) an injunction is in the public interest because of the consumer confusion caused by counterfeit goods and infringement interferes with Plaintiff's ability to control its intellectual property; and (4) there is no countervailing harm to Defendants from an order directing them to stop infringement. The Court further finds that it may issue a temporary restraining order without notice to Defendants because specific facts in a sworn declaration provided by Plaintiff [11−3] clearly show that immediate and irreparable injury, loss, or damage will result to Plaintiff before Defendants can be heard in opposition; and Plaintiff's attorney has certified in writing why efforts to give notice should not be required [11−2]. Expedited discovery is warranted to better identify Defendants, determine the appropriate means of service, establish the full scope of Defendants' operations, and preserve evidence relevant to this action. Plaintiff is directed to submit a Microsoft Word version of its proposed order to the Court's proposed order inbox promptly. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.