**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GLIMPSE LLC (DBA SKYLIGHT),<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-08723<br><br>Judge Georgia N. Alexakis<br>Magistrate Judge M. David Weisman |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

Plaintiff Glimpse LLC (Dba Skylight) ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants, enjoining the offering for sale and sale of infringing products, a narrowly tailored asset restraint, and expedited discovery in an action arising out of 15 U.S.C. §1114, 15 U.S.C. § 1125(a), 17 U.S.C. § 501(a) *et seq,* and Illinois law. A Memorandum of Law in Support is filed concurrently.

September 9, 2026

*/s/ James E. Judge*
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
**FLENER IP LAW, LLC**
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

Marko R. Zoretic (CA Bar. No. 233952)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Counsel for Glimpse LLC (dba Skylight)*