**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**GLIMPSE LLC (DBA SKYLIGHT),**
Plaintiff,

v.

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",**
Defendants.
_________________________________/

Case No. 1:26-cv-08723
Hon. Georgia N. Alexakis
Magistrate Judge M. David Weisman

**NOTICE OF OBJECTION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR A TEN-DAY EXTENSION OF TIME TO FILE AN OPPOSITION AND TO CONTINUE THE SEPTEMBER 22, 2026 HEARING**

*Fed. R. Civ. P. 6(b)(1)(A), 65(a)*

Defendants akimart, FRAME Deal-USA, and MK-FRAME (together, the "Appearing Defendants"), by undersigned counsel and without waiving any defense, including insufficient service of process or lack of personal jurisdiction, respectfully file this notice of objection to Plaintiff's Motion for Preliminary Injunction [DE 20] and move under Federal Rule of Civil Procedure 6(b)(1)(A) for a ten-day extension of time to file an opposition and for a short continuance of the September 22, 2026 hearing as to these three Defendants only.

**LOCAL RULE / STANDING-ORDER STATEMENT**

Consistent with Judge Alexakis's standing order on motions for extension of time:

(i) Reason. Undersigned counsel was first retained on the morning of September 18, 2026—the same day the Court set as the deadline to object. The Appearing Defendants are China-based sellers. English is not their first language. Locating counsel who can communicate with them

and appear in this District took the period between email notice on September 10, 2026 [DE 23] and today. Counsel cannot in a single day obtain the records, translations, and declarations needed for a meaningful opposition under Rule 65.

(ii) Prior extensions. This is the Appearing Defendants' first request for an extension in this case. No prior extension has been sought or granted as to them.

(iii) Plaintiff's position. Undersigned emailed Plaintiff's counsel of record on September 18, 2026, before filing, to ask whether Plaintiff objects. As of filing, Plaintiff has not responded / objects / does not object. Due to the short notice, undersigned also made two calls to Mr. Judge. Unfortunately, the phone only allowed voice message. Counsel will update the Court promptly if that position changes.

**NOTICE OF OBJECTION**

1. On September 10, 2026, the Court took Plaintiff's motion for a preliminary injunction [DE 20] under advisement and advised that the Court "will consider the motion unopposed if no defendant files a notice of objection by 9/18/2026." [DE 22]. Plaintiff certified email service of the motion and that minute order the same day. [DE 23]. The hearing is set for September 22, 2026, at 9:30 a.m. [DE 22].

2. The Appearing Defendants object to entry of a preliminary injunction against them on the present record. They intend to oppose the motion, including on notice, service, and the Rule 65 factors, once counsel has had a short period to obtain facts from clients in Shenzhen. This filing is the notice of objection required by the September 10 minute order. The motion should not be treated as unopposed as to akimart, FRAME Deal-USA, or MK-FRAME.

**GOOD CAUSE FOR A TEN-DAY EXTENSION**

3. Good cause exists under Rule 6(b)(1)(A). The Appearing Defendants are:

- akimart — Shenzhenshi Ruikunda Shangmao Youxiangongsi, 龙华区大浪街道龙平社区龙华和平路1004号宝龙军工业园36栋203, Shenzhen, Guangdong 518000, China;
- FRAME Deal-USA — Shenzhen SSA Electronic Co., Limited, 大浪街道龙平社区龙军工业区9栋201二楼右侧, Longhua District, Shenzhen, Guangdong 518000, China; and
- MK-FRAME — Shenzhen Shi Cheng Jin Xuan Ke Ji You Xian Gong Si, 深圳市龙华区大浪街道龙平社区龙军工业区9栋201二楼202室, Shenzhen, Guangdong 518100, China.

4. Counsel was retained on the morning of September 18, 2026, after the clients spent the intervening week identifying an attorney who can work in Mandarin and appear in this Court. The eight calendar days between the September 10 email notice [DE 23] and today's deadline is not a realistic period for China-based sellers to retain U.S. counsel, transmit documents, and prepare Rule 65 evidence. Counsel has not yet had time to review the sealed TRO papers [DE 11, 16], the injunction brief [DE 20-1], or the clients' business records.

5. The requested extension is short and specific: ten days, through and including September 28, 2026, to file an opposition and supporting declarations. Plaintiff may have seven days to reply, through October 5, 2026. The Appearing Defendants ask that the September 22 hearing be continued as to them only until a date on or after October 8, 2026, or such other date as the Court prefers.

6. A short delay will not prejudice Plaintiff as to these three Defendants. The Court already declined an asset freeze. [DE 15]. The TRO has been extended until the Court rules on the preliminary-injunction motion and, under *H-D Michigan, LLC v. Hellenic Duty Free Shops S.A.*,

694 F.3d 827, 843–45 (7th Cir. 2012), remains effective. [DE 22]. The status of the other Schedule A defendants is unaffected.

7. Denying the extension would treat the motion as unopposed against parties whose counsel was retained today. Rule 65(a) requires notice and an opportunity to be heard before a preliminary injunction issues. Fed. R. Civ. P. 65(a)(1). A ten-day extension is the minimum time in which counsel can present that opportunity in a useful form.

**RESERVATION OF DEFENSES**

8. This filing is not a waiver of any defense. The Appearing Defendants reserve all defenses, including insufficient service of process, lack of personal jurisdiction, improper venue, and every defense on the merits. Fed. R. Civ. P. 12(b), 12(g), 12(h). Counsel appears for the limited purpose of objecting to the injunction motion and seeking the time needed to be heard.

**CONCLUSION**

WHEREFORE, Defendants akimart, FRAME Deal-USA, and MK-FRAME respectfully request that the Court:

1. Accept this filing as a timely notice of objection under the September 10, 2026 minute order [DE 22], so that Plaintiff's motion [DE 20] is not treated as unopposed as to these Defendants;

2. Extend the deadline for these Defendants to oppose the motion for preliminary injunction through and including September 28, 2026;

3. Set Plaintiff's reply, if any, for October 5, 2026;

4. Continue the September 22, 2026 hearing as to these three Defendants only, to a date on or after October 8, 2026;

5. Leave the existing TRO in place pending that hearing, without converting the motion to an unopposed preliminary injunction as to these Defendants; and

6. Grant such other relief as the Court deems just.

Dated: September 18, 2026

Respectfully submitted,

/s/ Jianyin Liu

**Jianyin Liu**
The Law Offices of James Liu PLLC
30 N. LaSalle Street, Suite 1510
Chicago, Illinois 60602
Telephone: (305) 209-6188
jamesliulaw@gmail.com
Florida Bar No. 1007675
*Counsel for Defendants akimart, FRAME Deal-USA, and MK-FRAME*

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Jianyin Liu
Jianyin Liu