**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GLIMPSE LLC (DBA SKYLIGHT),<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-08723<br><br>Judge Georgia N. Alexakis<br><br>Magistrate Judge M. David Weisman |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Glimpse LLC, d/b/a Skylight, ("Plaintiff") hereby moves for an Order authorizing electronic service pursuant to Federal Rule of Civil Procedure 4(f)(3). A Memorandum of Law in Support is filed concurrently with this Motion.

Pursuant to the Court's procedures, Plaintiff met and conferred with opposing counsel on regarding the relief requested herein. Plaintiff understands that this Motion is opposed. The parties have agreed to the briefing schedule as set forth in the Agreed Statement of Briefing Schedule.

Dated: October 28, 2026

Respectfully submitted,

_/s/ James E. Judge________________

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

Marko R. Zoretic (CA Bar. No. 233952)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
marko.zoretic@knobbe.com

*Counsel for Plaintiff Glimpse, LLC (dba Skylight)*