**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GLIMPSE LLC (DBA SKYLIGHT) ,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-08723<br><br>Judge Georgia N. Alexakis<br>Magistrate Judge M. David Weisman |

**DECLARATION OF YINGLUN MA**

I, Yinglun Ma, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff. If called upon to testify, I could and would competently do so to the following facts set forth below.

2. I am the Director for Hemisphere Professional Services, LLC ("Hemisphere"). Our firm specializes in conducting address investigations for businesses located in China. As the Director, I oversee all operations at Hemisphere.

3. Our team was retained to conduct investigations concerning the physical addresses associated with the following two defendants: (a) Shenzhenshi Akimartshangmao youxiangongsi ("Akimart"); and (b) Shenzhen shi cheng jin xuan ke ji you xian gong si ("MK-FRAME") (together, "Defendants"). The purpose of these investigations was to assist in determining whether Defendants can be served with process at the addresses listed on their respective Amazon Seller Profiles.

4. The results of each investigation are documented in a separate On-site Verification Report dated October 7, 2026, as described below.

**A. Shenzhenshi Akimartshangmao youxiangongsi ("Akimart")**

5. The address provided on Akimart's Amazon Seller Profile is:

龙华区大浪街道龙平社区龙华和平路1004号
宝龙军工业园36栋203
深圳市
广东
518000 CN

6. A true and correct copy of the On-site Verification Report for Akimart is attached hereto as **Exhibit A**.

7. As reflected in the report, the investigator successfully located the building at the disclosed address and proceeded to Room 203, which corresponds to the unit number provided in the disclosed address. The premises appeared to be used for residential purposes rather than as an identifiable business office. The common area outside Room 203 contained household items, including chairs, children's equipment, clothing, and other personal belongings, consistent with residential use.

8. At the time of the investigation, the door to Room 203 was closed. The investigator did not observe any company name, business logo, office directory, or other signage identifying Akimart at or immediately outside Room 203.

9. The attached report also contains time-stamped photographs obtained during the investigation documenting the exterior of the building, the entrance to Room 203, and the corridor adjacent to Room 203.

10. Based on the investigation described in the attached report, the investigator was unable to verify that Akimart currently maintains a physical business presence or operates from the disclosed address.

**B. Shenzhen shi cheng jin xuan ke ji you xian gong si ("MK-FRAME")**

11. The address provided on MK-FRAME's Amazon Seller Profile is:

深圳市龙华区大浪街道龙平社区龙军工业区
9栋201二楼202室
深圳市
广东
518100 CN

12. A true and correct copy of the On-site Verification Report for MK-FRAME is attached hereto as **Exhibit B**.

13. As reflected in the report, the investigator located Longjun Industrial Area Building 9 (龙军工业区9栋) and proceeded to the second-floor area corresponding to the disclosed address. There, the investigator observed a paper sign affixed to the wall identifying "Room 201." However, the investigator did not locate any sign or other visible designation for Room 202, which is also identified in the disclosed address.

14. At the area marked "Room 201," the investigator observed signage identifying two other businesses. A sign above the entrance identified Shenzhen Zeyuxuan Technology Co., Ltd. (深圳市泽宇轩科技有限公司), and separate signage within the premises identified Shenzhen SSA Electronic Co., Ltd. Neither name corresponds to MK-FRAME. The investigator also inspected the other accessible areas on the second floor but observed no signage, office nameplate, directory listing, or other visible indication identifying MK-FRAME.

15. The attached report also contains time-stamped photographs obtained during the investigation documenting the entrance to Longjun Industrial Area, the entrance to Room 201, and the corridor adjacent to Room 201.

16. Based on the investigation described in the attached report, the investigator was unable to verify that MK-FRAME currently maintains a physical business presence or operates from the disclosed address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed the 27th day of October, 2026 in Chicago

______________________________
Yinglun Ma