# EXHIBIT A

HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

| | |
|---|---|
| **Name** | Shenzhenshiruikunda shangmaoyouxiangongsi |
| **Date** | Octorber 7, 2026 |

**Case No.** 26-cv-08723

**Business Name:** Shenzhenshi ruikundashangmao youxiangongsi

**Business Address:**

龙华区大浪街道龙平社区龙华和平路 1004 号
宝龙军工业园 36 栋 203
深圳市
广东
518000
CN

**Investigation Result**: Unverifiable physical address.

Although the investigator successfully located the disclosed address, the premises appeared to be residential in nature and did not show any visible indication that the subject company maintains an active office or business operation at the address.

**Investigation Note:**

The investigator located building of the disclosed premises and proceeded to Room 203, which corresponds to the unit number provided in the disclosed business address. The premises appeared to be used for residential purposes rather than as an identifiable business office. The common area outside Room 203 contained household items, including chairs, children's equipment, clothing, and other personal belongings, consistent with residential use.

At the time of the investigation, the door to Room 203 was closed. The investigator did not observe any company name, business logo, office directory, or other signage identifying the subject company at or immediately outside Room 203.

Accordingly, although the disclosed address was successfully located, the on-site investigation did not identify visible evidence that the subject company operates from the disclosed address.

HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhenshiruikunda shangmaoyouxiangongsi

**Date** Octorber 7, 2026

**Photographic Evidence Attached Below:**

1. Exterior photographs of Building at the disclosed location:



HEMISPHERE

Chinese Address Verification & Litigation Support

**OVR**

**(On-site Verification Report)**

**Name** Shenzhenshiruikunda shangmaoyouxiangongsi

**Date** Octorber 7, 2026

2. Photographs of Room 203 entrance:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhenshiruikunda shangmaoyouxiangongsi

**Date** Octorber 7, 2026



3. Photographs of the corridor adjacent to Room 203:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhenshiruikunda shangmaoyouxiangongsi

**Date** Octorber 7, 2026

