# EXHIBIT B

HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026

**Case No.** 26-cv-08723

**Business Name:** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Business Address:**

深圳市龙华区大浪街道龙平社区龙军工业区
9 栋 201 二楼 202 室
深圳市
广东
518100
CN

**Investigation Result**: Unverifiable physical address.

Room 201 at the disclosed address was located, but a separately identified Room 202 (202 室) could not be located. The second floor (二楼) of the premises did not show any visible indication that the subject company maintains an active office or business operation there.

**Investigation Note:**

The investigator located Longjun Industrial Area Building 9 (龙军工业区 9 栋) and proceeded to the second-floor area corresponding to the reported address. At the location, the investigator observed a paper sign affixed to the wall identifying "Room 201" (201 室). However, the investigator did not locate any sign or other visible designation for Room 202.

At the area marked "Room 201," the investigator observed signage identifying two other businesses. A sign above the entrance identified Shenzhen Zeyuxuan Technology Co., Ltd. (深圳市泽宇轩科技有限公司), while separate signage within the premises identified Shenzhen SSA Electronic Co., Ltd. Neither name corresponds to the investigated business.

The investigator also inspected the other accessible areas on the second floor. No signage, office nameplate, directory listing, or other visible indication identifying the subject company was observed anywhere on the inspected second floor.

HEMISPHERE

Chinese Address Verification & Litigation Support

**OVR**

**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026

**Photographic Evidence Attached Below:**

1. Entrance to Longjun Industrial Area (龙军工业区):



2. Photographs of Room 201 entrance:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR
**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026

3. Photographs of the corridor adjacent to Room 201:



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026



HEMISPHERE

Chinese Address Verification & Litigation Support

# OVR

**(On-site Verification Report)**

**Name** Shenzhen shi cheng jin xuan ke ji you xian gong si

**Date** Octorber 7, 2026

